UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:09-00272 |
| | ) | JUDGE CAMPBELL |
| KRISTEN RIDER | ) | |

## ORDER

The sentencing hearing currently scheduled for July 30, 2012, at 1:00 p.m. is RESCHEDULED for July 30, 2012, at 2:30 p.m.

It is so ORDERED.

*Todd Campbell*
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE